# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 14, 2016

### NO. 03-15-00008-CV

**Paul D. Simmons, Appellant**

**v.**

**Teresa A. Simmons, Appellee**

**APPEAL FROM 119TH DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 15, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.